UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD MORRIS LEE,

        Plaintiff,

v.

BRIER P.D., et al.,

        Defendants.

Case No. C14-1994 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint and amended complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **DISMISSED without prejudice for failure to state a claim** and the **dismissal counted as a strike under 28 U.S.C. § 1915(g)**;

(3)    All pending motions are **DENIED.**

(4)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

Dated this 8th day of June, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1